No. 02–9649. CRUM v. CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–9651. SHILLING v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–9653. BEARD v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–9659. PARKER v. NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–9662. HAMBY v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–9665. HIGH v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 02–9667. HASTINGS v. CAMPBELL ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–9668. HALE v. BOONE ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–9670. FENLON v. THOMAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–9672. GARCIA v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 02–9680. GOETSCH v. BERGE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–9681. HARDAWAY v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–9683. HALL v. FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 02–9684. HATFIELD v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 02–9685. PARRISH v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.